UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEAN R. SHELTON,<br><br>    Defendant. | NO. CR-07-028-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER RELEASE CONDITIONS** |

Before the Court is Defendant's Motion to Reconsider Release Conditions (Ct. Rec. 143). A hearing on the motion was held on June 10, 2009. Defendant was present and represented by Kailey Moran. The Government was represented by Aine Almed.

At the hearing, the Court concluded that based on the recommendations of U.S. Probation, the most appropriate placement of Defendant at this time would be at the Geiger Residential Reentry Center. The Court indicated that it would revisit this issue when directed by U.S. Probation or upon further motion by Defendant.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Reconsider Release Conditions (Ct. Rec. 143) is **DENIED**.

2. Defendant's Motion to Expedite (Ct. Rec. 146) is **GRANTED**.

///

///

///

**ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER RELEASE CONDITIONS ~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter this |
| 2 | Order and provide copies to counsel and the United States Probation Office. |
| 3 | **DATED** this 12th day of June, 2009. |
| 4 | *s/ Robert H. Whaley* |
| 5 | ROBERT H. WHALEY<br>Chief United States District Judge |

Q:\CRIMINAL\2007\Shelton\release.wpd

**ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER RELEASE CONDITIONS ~ 2**