Case 2:07-cr-00028-RHW   Document 157   Filed 03/31/10

Report Date: March 29, 2010

(7/93)

# United States District Court

for the

# Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Dean Russell Shelton     Case Number: 2:07CR00028-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 12/10/2007     Type of Supervision: Pretrial

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1)     Date Pretrial Commenced: 6/1/2009

Original Sentence: Prison - 120 Months; TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The condition for home detention with electronic monitoring shall be removed.

## CAUSE

The defendant has complied with all expectations of pretrial supervision for the past 10 months and the defendant has purchased an automotive parts store and made positive changes in his life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/29/2010

s/David L. McCary

U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/Robert H. Whaley

Signature of Judicial Officer

3/30/2010

Date