PROB 12C
(7/93)

Report Date: January 8, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dean Russell Shelton          Case Number: 2:07CR00028-RHW-1

Address of Offender:                    Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 10, 2007

Original Offense:      Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison- time served (805 days)      Type of Supervision: Supervised Release
                       TSR- 36 months

Asst. U.S. Attorney:   Aine Ahmed                 Date Supervision Commenced: June 20, 2014

Defense Attorney:      Roger Peven                Date Supervision Expires: June 19, 2017

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Dean Shelton is considered in violation of his term of supervised release by using methamphetamine on or about September 5, 2014; and between on or about September 6, 2014, to September 9, 2014; and between October 30, 2014 to November 4, 2014.

Mr. Shelton reported to the U.S. Probation Office on September 5, 2014, and submitted to a random drug test. The test was presumptive positive for methamphetamine and the defendant denied any use.  The urine sample was sent to Alere Laboratory, and it was confirmed positive for methamphetamine on September 10, 2014.

Mr. Shelton reported to see this officer on September 10, 2014, and signed an admissions form indicating he used methamphetamine again between September 6, 2014 to September 9, 2014.  Mr. Shelton reported his use was due to stress with his business and family problems.  He was given the option to enter into substance abuse counseling and mental

health treatment. Mr. Shelton stated he wanted mental health treatment and believed the counseling would be of more benefit for his stress and anxiety.

Mr. Shelton reported to see this officer on November 4, 2014, and admitted he again used methamphetamine between October 30, 2014 to November 4, 2014. Mr. Shelton agreed to have his mental health treatment increased to twice a week to assist in his sobriety. The defendant reported to see this officer on December 11, 2014, at which time he admitted he had used methamphetamine on or about December 4, 2014. He was referred to First Step Community Counseling for a substance abuse evaluation.

2       **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Dean Shelton is considered in violation of his term of supervised by failing to comply with substance abuse treatment on or about January 7, 2015.

        Mr. Shelton was required to report for intensive outpatient treatment starting on January 5, 2015. The defendant attended the first class and was a no show/no call for his class on January 7, 2015.

3       **Special Condition # 17**: You shall participate in mental health counseling if requested by the supervising probation officer.

        Mr. Shelton failed to report for his scheduled mental health counseling on or about December 30, 2014, and again on January 6, 2015. He has been terminated from counseling.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/08/2015

                s/SanJuanita B. Coronado

                SanJuanita B. Coronado
                U.S. Probation Officer

**Prob12C**
**Re: Shelton, Dean Russell**
**January 8, 2015**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

January 9, 2015
_____
Date