PROB 12C
(7/93)

Report Date: January 22, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dean Russell Shelton                    Case Number: 0980 2:07CR00028-RHW-1

Address of Offender:              Eltopia, Washington 99330

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 10, 2007

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison 120 months; TSR - 36 months         Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Aine Ahmed         Date Supervision Commenced: March 30, 2015

Defense Attorney:       Kathleen Moran     Date Supervision Expires: January 29, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: Dean Shelton is considered in violation of his conditions of supervised release by failing to report for random urinalysis (UA) testing as directed. |
|  | Mr. Shelton has been participating in the phase UA testing program at First Step Community Counseling Services since June 1, 2015.  He has missed UA tests on June 17, 2015; July 6, 2015; September 10 and 17, 2015, and October 28, 2015. First Step sent notices regarding these missed tests on July 6, 2015, August 6, 2015, September 11, 2015, September 18, 2015, October 29, 2015, to notify this writer of his missed UA tests. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Shelton, Dean Russell
January 22, 2016
Page 2

**Supporting Evidence**: Dean Shelton is considered in violation of his conditions of supervised release by using methamphetamine on or about December 4, 2015.

Mr. Shelton reported to First Step Community Counseling Services for treatment and a UA test on December 7, 2015. He provided the UA test which tested positive for methamphetamine. After being questioned by his treatment provider, Mr. Shelton admitted to the use of methamphetamine on or about December 4, 2015, and signed a drug use admission form.

3 **Special Condition # 15**: Defendant shall undergo a substance abuse evaluation, if requested by the supervising probation officer. If necessary, enter into and successfully complete an approved substance abuse treatment program, including aftercare. Defendant shall contribute to the cost of treatment according to defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Dean Shelton is considered in violation of his conditions of supervised release by being unsuccessfully discharged from inpatient treatment at James Oldham Treatment Center on January 19, 2016.

Mr. Shelton began inpatient treatment at James Oldham Treatment Center on December 29, 2015. He was unsuccessfully discharged from treatment on January 19, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

1/22/2016
Date