PROB 12C
(7/93)

Report Date: February 22, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dean Russell Shelton | Case Number: 0980 2:07CR00028-RHW-1 |
| Address of Offender: | Eltopia, Washington 99330 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 10, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 120 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | March 30, 2015 |
| Defense Attorney: | Kathleen Moran | Date Supervision Expires: | January 29, 2018 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Dean Shelton is considered in violation of his conditions of supervised release by being charged with fourth degree assault domestic violence on February 20, 2016.<br><br>Notice was received on February 20, 2016, that Mr. Shelton was arrested and booked into the Franklin County Jail for fourth degree assualt domestic violence. According to police reports, the Franklin County Sheriff's Office was dispatched to 871 Fir Road in Eltopia, Washington, for a report of a disturbance between Dean Shelton and his father, Larry Shelton.  When officers arrived, they contacted Mr. Shelton and noted that he was uncooperative and very agitated. Mr. Shelton would not give the officers a statement and while talking with the officers, he started yelling across the road to his father.<br><br>Officers contacted Larry Shelton.  Larry said that 2 days prior Mr. Shelton had gotten very upset with him and said, "One of us will be dead before long."  Larry stated that this morning he came outside to pump up a tire with an air compressor when Mr. Shelton came |

Prob12C
**Re: Shelton, Dean Russell**
**February 22, 2016**
**Page 2**

out and was upset. Mr. Shelton proceeded to knock over the air compressor and yell at Larry. Larry stated while Mr. Shelton was yelling at him, Mr. Shelton was also holding a screwdriver and yelled, "I ought to kill you right now." Larry said he was not sure if Mr. Shelton had attempted to use the screwdriver to hit or stab him, but as he believed Mr. Shelton was going to hit him, he had turned and covered himself.

Larry attempted to walk away from the house through an open field. Mr. Shelton followed him and continued yelling and pushing up against him. Larry stated as they got further into the open field, Mr. Shelton pushed him to the ground. Officers noted Larry had dirt on the back of his pants and coat which were consistent with him being pushed down in the field. Officers were taken to the spot where this occurred and they noticed an air compressor on its side and two sets of footprints leading out to the field.

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Dean Shelton is considered in violation of his conditions of supervised release by being charged with harassment domestic violence on February 20, 2016.

Details of the offense conduct are noted in violation number 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/22/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Shelton, Dean Russell**
**Febrary 22, 2016**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_/s/ Robert H. Whaley_
Signature of Judicial Officer

2/23/2016
Date