PROB 12C
(6/16)

Report Date: July 10, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dean Russell Shelton | Case Number: 0980 2:07CR00028-RHW-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 10, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>January 29, 2015 | Prison - 60 days<br>TSR - 34 months | |
| Revocation Sentence<br>July 25, 2016 | Prison - 145 days<br>TSR - 28 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | Jeffrey Scott Niesen | Date Supervision Expires: December 23, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**:   On September 13, 2016, Mr. Shelton's conditions of supervision were reviewed with him.  He signed his judgment acknowledging an understanding of his conditions of supervision, to include special condition number 18, as noted above.<br><br>On June 2, 2017, Mr. Shelton reported to the probation office in Spokane, Washington, after he walked out of the Teen Challenge treatment program.  Mr. Shelton advised the undersigned officer his desire to remain in Spokane, Washington, and provided the Union Gospel Mission as his current residence. |

Prob12C
Re: Shelton, Dean Russell
July 10, 2017
Page 2

On or about June 14, 2017, Mr. Shelton returned to Richland, Washington, to attend a court matter in Franklin County District Court. On Tuesday, June 20, 2017, Mr. Shelton reported to the probation office in Richland, Washington. He advised probation he was in the area for a court matter; however, further stated he missed his court date. He was directed to take care of his court matter and report to the undersigned officer on Friday, June 23, 2017.

On June 22 and 23, 2017, Mr. Shelton left voice mails for the undersigned officer and left a phone number to reach him. The undersigned officer attempted to contact Mr. Shelton at the number he provided on June 28 and July 5, 2017. Voice mails were left, and Mr. Shelton has not contacted the undersigned officer. Also on July 5, 2017, the undersigned officer contacted immediate family to inquire about Mr. Shelton's whereabouts. They were unsure of Mr. Shelton's whereabouts or activities, but would assist in getting a message to Mr. Shelton to contact this officer.

On July 10, 2017, the undersigned officer contacted the Union Gospel Mission. Staff advised that Mr. Shelton has not stayed at the facility since approximately June 15, 2017. Staff further advised Mr. Shelton's stay at their facility was terminated due to Mr. Shelton providing a positive urinalysis test for marijuana.

Mr. Shelton has not made any contact with the undersigned officer at the time of this report and his whereabouts are unknown. It appears that Mr. Shelton has absconded from supervision.

2     **Special Condition # 18**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic and/or inpatient confinement, absent further order of the court. You shall allow full reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to you ability to pay.

**Supporting Evidence**: On September 13, 2016, Mr. Shelton's conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervision, to include special condition number 18, as noted above.

On June 2, 2017, Mr. Shelton completed a mental health assessment at Frontier Behavioral Health in Spokane, Washington. The undersigned officer contacted staff at Frontier Behavioral Health to inquire about Mr. Shelton's attendance in mental health treatment. Staff advised the undersigned that Mr. Shelton was a no show for counseling sessions on June 26 and 29, and July 5, 2017.

3     **Special Condition # 16:** You shall undergo a substance abuse evaluation and , if indicated, enter into and successfully complete and approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to you ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence:** Mr. Shelton violated his conditions of supervised release in Spokane, Washington, by walking away from the Teen Challenge treatment program on or about June 1, 2017.

Prob12C
Re: Shelton, Dean Russell
July 10, 2017
Page 3

On September 13, 2016, Mr. Shelton's conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervision, to include special condition number 16, as noted above.

Mr. Shelton entered the Teen Challenge treatment program on April 21, 2017, due to his illicit drug use. On June 1, 2017, Mr. Shelton called his supervising probation officer at the time and advised he was checking himself out of the program. He was terminated from the program on the same date.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 10, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Signature of Judicial Officer*

July 11, 2017
Date