PROB 12C
(6/16)

Report Date: February 9, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dean Russell Shelton | Case Number: 0980 2:07CR00028-RHW-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 10, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence<br>January 29, 2015 | Prison - 60 days<br>TSR - 34 months | |
| Revocation Sentence<br>July 25, 2016 | Prison - 145 days<br>TSR - 28 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 23, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/10/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 13, 2016, Mr. Shelton's conditions of supervision were reviewed with him.  He signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 2, as noted above. |
| | On November 1, 2017, Mr. Shelton was arrested and charged with first degree trespassing in Pasco Municipal Court.  Mr. Shelton used the alias "Steven Russell Bubba."  On November 6, 2017, a guilty plea was entered and Mr. Shelton was ordered to serve 5 days custody and was released.  It was not until the following day that Franklin County Jail realized that "Steven Russell Bubba" was in fact, Mr. Dean Shelton. |

Prob12C
**Re: Shelton, Dean Russell**
**February 9, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 10, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/09/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Robert A. Whaley*
Signature of Judicial Officer

2/12/2018
Date